**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7386**

LARRY JAMES TYLER,

             Plaintiff - Appellant,

        v.

JAMES BOGLE, SR, Esq; JAMES K. FALK,

             Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Mary G. Lewis, District Judge. (4:17-cv-01251-MGL)

Submitted: May 24, 2018                           Decided: May 29, 2018

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry James Tyler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Tyler appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, grant Tyler's motion to file a supplemental brief, and deny as moot his Fed. R. App. P. 24(c) motion for the appeal to be heard on the original record. *Tyler v. Bogle*, No. 4:17-cv-01251-MGL (D.S.C. Oct. 5, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*